■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PAUL McKENNA, Appellant, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— HERLIHY, J. Appeal by the relator from a judgment of the Chemung County Court, entered on December 27, 1968, which dismissed a writ of habeas corpus after a hearing. It appears from the record that relator was discharged from custody on April 22, 1969. Accordingly, the appeal is dismissed as academic, without costs. (*People ex rel. Butts* v. *McMann*, 24 N Y 2d 772.) Appeal dismissed, without costs. Gibson, P. J., Herlihy, Staley, Jr., and Cooke, JJ., concur in memorandum by Herlihy, J.; Aulisi, J., not voting.